# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 5:11-CV-107-RLV-DCK

| | |
|---|---|
| SAACKE NORTH AMERICA, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LANDSTAR CARRIER SERVICES, INC., ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding new case deadlines. Pursuant to United States District Judge Richard L. Voorhees' "Order" (Document No. 24), the undersigned revises the "Pretrial Case Management & Scheduling Order" deadlines as follows:

| | |
|---|---|
| Expert Witness: | May 3, 2013 (Plaintiff) |
| | June 7, 2013 (Defendant) |
| Discovery Completion: | July 3, 2013 |
| Mediation Report: | July 26, 2013 |
| Dispositive Motions: | August 2, 2013 |
| Trial | January 6, 2014 |

**SO ORDERED**.

Signed: March 21, 2013

David C. Keesler
United States Magistrate Judge