# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Saacke North America, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:11-cv-00107-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Landstar Carrier Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2013 Memorandum and Order.

December 19, 2013

Frank G. Johns, Clerk
United States District Court